# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

IN RE:                                                      Case No.:   15-11370 NWW
KAREN SUE  PHILLIPS                            Chapter 13

## NOTICE OF FINAL CURE PAYMENT

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
  Creditor Name:                     **PLANET HOME LENDING LLC**

  Court Claim Number: **006**          UCI: N/A

Last Four of Account Id Number:     1909
  Property Address, if available:       5116 MIMOSA CIRCLE

**Part 2: CURE AMOUNT**
  a. Allowed prepetition arrearage:                                                             $694.59

  b. Prepetition arrearage paid by the Trustee:                          $694.59

  c. Amount of postpetition fees, expenses and charges
     recoverable under FRBP 3002.1(c):                                   $1,150.00

  d. Amount of postpetition fees, expenses and charges
     recoverable under FRBP 3002.1(c) paid by the Trustee:     $1,150.00

  Total Disbursements by Trustee:                                       $53,018.95

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $787.58

Next post-petition payment due: May 2021

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

**YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 5/17/21                                              Respectfully Submitted:

                                                            s/ Kara L. West, Trustee
                                                            Kara L. West (TN No. 25744)
                                                            Standing Chapter 13 Trustee
                                                            P.O. Box 511
                                                            Chattanooga, TN 37401
                                                            (423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

ERON H EPSTEIN ESQUIRE - ECF
US Trustee – ECF
Bankruptcy Court – ECF
WILSON & ASSOCIATES PLLC – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   KAREN SUE   PHILLIPS, 5116 MIMOSA CIRCLE, , CHATTANOOGA, TN    37416
Creditor:   PLANET HOME LENDING LLC, 321 RESEARCH PKWY STE 303, , MERIDEN, CT 06450-8342
Creditor Noticing Address:

                                                            s/ Kara L. West w/permission by DRJ (35)
                                                            Chapter 13 Trustee
                                                            P.O. Box 511
                                                            Chattanooga, TN 37401-0511
                                                            (423) 265-2261

# Disbursements for Claim

**Case:** 15-11370    **KAREN SUE PHILLIPS**

**PLANET HOME LENDING LLC**
321 RESEARCH PKWY STE 303

MERIDEN, CT  06450-8342

**Sequence:** 24
**Modify:**
**Filed Date:** 7/22/2015 12:00:00AM
**Hold Code:**

Acct No: 1909/5116 MIMOSA CIR

MAIN: 5116 MIMOSA CIRCLE

|  |  |
|---|---|
| Amt Sched: $73,282.00 | Debt: $51,174.36 |
| Amt Due: $787.58 | Paid: $51,174.36 |

| | |
|---|---|
| Interest Paid: | $0.00 |
| Accrued Int: | $0.00 |
| Balance Due: | $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0060    PLANET HOME LENDING LLC** | | | | | | | |
| PLANET HOME LENDING LLC | | 04/30/2021 | 2112253 | $787.58 | $0.00 | $787.58 | |
| PLANET HOME LENDING LLC | | 03/31/2021 | 2108401 | $787.58 | $0.00 | $787.58 | 04/28/2021 |
| PLANET HOME LENDING LLC | | 02/28/2021 | 2101406 | $1,012.80 | $0.00 | $1,012.80 | 03/18/2021 |
| PLANET HOME LENDING LLC | | 01/31/2021 | 2097708 | $562.36 | $0.00 | $562.36 | 02/19/2021 |
| PLANET HOME LENDING LLC | | 12/31/2020 | 2093983 | $787.58 | $0.00 | $787.58 | 01/21/2021 |
| PLANET HOME LENDING LLC | | 11/30/2020 | 2090174 | $787.58 | $0.00 | $787.58 | 12/29/2020 |
| PLANET HOME LENDING LLC | | 10/31/2020 | 2086382 | $787.58 | $0.00 | $787.58 | 11/20/2020 |
| PLANET HOME LENDING LLC | | 09/30/2020 | 2082567 | $787.58 | $0.00 | $787.58 | 10/26/2020 |
| PLANET HOME LENDING LLC | | 08/31/2020 | 2078601 | $787.58 | $0.00 | $787.58 | 09/22/2020 |
| PLANET HOME LENDING LLC | | 07/31/2020 | 2074619 | $787.58 | $0.00 | $787.58 | 08/21/2020 |
| PLANET HOME LENDING LLC | | 06/30/2020 | 2070618 | $705.89 | $0.00 | $705.89 | 07/24/2020 |
| PLANET HOME LENDING LLC | | 05/31/2020 | 2066566 | $705.89 | $0.00 | $705.89 | 06/23/2020 |
| PLANET HOME LENDING LLC | | 04/30/2020 | 2062577 | $705.89 | $0.00 | $705.89 | 05/20/2020 |
| HOME POINT FINANCIAL CORPORA | V | 04/14/2020 | 2058420 | ($705.89) | $0.00 | ($705.89) | 04/14/2020 |
| PLANET HOME LENDING LLC | M | 04/14/2020 | 2059713 | $705.89 | $0.00 | $705.89 | 04/21/2020 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2020 | 2058420 | $705.89 | $0.00 | $705.89 | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | | 02/29/2020 | 2054293 | $705.89 | $0.00 | $705.89 | 03/26/2020 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2020 | 2050297 | $705.89 | $0.00 | $705.89 | 02/27/2020 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2019 | 2046268 | $705.89 | $0.00 | $705.89 | 01/29/2020 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2019 | 2042247 | $836.28 | $0.00 | $836.28 | 12/30/2019 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2019 | 2038340 | $854.26 | $0.00 | $854.26 | 12/03/2019 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2019 | 2034243 | $427.13 | $0.00 | $427.13 | 11/05/2019 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2019 | 2030207 | $984.65 | $0.00 | $984.65 | 10/01/2019 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2019 | 2026019 | $427.13 | $0.00 | $427.13 | 08/26/2019 |
| HOME POINT FINANCIAL CORPORA | M | 07/12/2019 | 2023040 | $705.89 | $0.00 | $705.89 | 07/26/2019 |
| HOME POINT FINANCIAL CORPORA | V | 07/12/2019 | 2021844 | ($705.89) | $0.00 | ($705.89) | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2019 | 2021844 | $705.89 | $0.00 | $705.89 | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2019 | 2017647 | $984.65 | $0.00 | $984.65 | 06/28/2019 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2019 | 2013264 | $427.13 | $0.00 | $427.13 | 05/29/2019 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2019 | 2008857 | $705.89 | $0.00 | $705.89 | 04/26/2019 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2019 | 2004707 | $705.89 | $0.00 | $705.89 | 04/18/2019 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA |  | 01/31/2019 | 2000574 | $993.54 | $0.00 | $993.54 | 02/27/2019 |
| HOME POINT FINANCIAL CORPORA |  | 12/31/2018 | 1996510 | $418.24 | $0.00 | $418.24 | 01/28/2019 |
| HOME POINT FINANCIAL CORPORA |  | 11/30/2018 | 1992457 | $732.86 | $0.00 | $732.86 | 12/27/2018 |
| HOME POINT FINANCIAL CORPORA |  | 10/31/2018 | 1988428 | $837.93 | $0.00 | $837.93 | 11/29/2018 |
| HOME POINT FINANCIAL CORPORA |  | 09/30/2018 | 1979994 | $834.53 | $0.00 | $834.53 | 11/19/2018 |
| HOME POINT FINANCIAL CORPORA |  | 08/31/2018 | 1975839 | $418.24 | $0.00 | $418.24 | 09/26/2018 |
| HOME POINT FINANCIAL CORPORA |  | 07/31/2018 | 1971481 | $684.01 | $0.00 | $684.01 | 08/27/2018 |
| HOME POINT FINANCIAL CORPORA |  | 06/30/2018 | 1967161 | $684.01 | $0.00 | $684.01 | 07/31/2018 |
| HOME POINT FINANCIAL CORPORA | V | 05/14/2018 | 1958319 | ($664.03) | $0.00 | ($664.03) | 05/14/2018 |
| HOME POINT FINANCIAL CORPORA | M | 05/14/2018 | 1959629 | $664.03 | $0.00 | $664.03 | 05/25/2018 |
| HOME POINT FINANCIAL CORPORA |  | 04/30/2018 | 1958319 | $664.03 | $0.00 | $664.03 | 05/14/2018 |
| HOME POINT FINANCIAL CORPORA |  | 03/31/2018 | 1953667 | $684.01 | $0.00 | $684.01 | 05/09/2018 |
| HOME POINT FINANCIAL CORPORA |  | 02/28/2018 | 1948947 | $684.01 | $0.00 | $684.01 | 04/04/2018 |
| HOME POINT FINANCIAL CORPORA |  | 01/31/2018 | 1944521 | $684.01 | $0.00 | $684.01 | 03/16/2018 |
| HOME POINT FINANCIAL CORPORA |  | 12/31/2017 | 1939888 | $684.01 | $0.00 | $684.01 | 02/07/2018 |
| HOME POINT FINANCIAL CORPORA |  | 11/30/2017 | 1935391 | $684.01 | $0.00 | $684.01 | 01/02/2018 |
| HOME POINT FINANCIAL CORPORA |  | 10/31/2017 | 1930821 | $684.01 | $0.00 | $684.01 | 12/08/2017 |
| HOME POINT FINANCIAL CORPORA |  | 09/30/2017 | 1926199 | $684.01 | $0.00 | $684.01 | 11/03/2017 |
| HOME POINT FINANCIAL CORPORA |  | 08/31/2017 | 1921507 | $684.01 | $0.00 | $684.01 | 09/27/2017 |
| HOME POINT FINANCIAL CORPORA |  | 07/31/2017 | 1916819 | $1,368.02 | $0.00 | $1,368.02 | 08/24/2017 |
| STONEGATE MORTGAGE CORPORA | V | 07/13/2017 | 1913059 | ($684.01) | $0.00 | ($684.01) | 07/13/2017 |
| STONEGATE MORTGAGE CORPORA |  | 06/30/2017 | 1913059 | $684.01 | $0.00 | $684.01 | 07/13/2017 |
| STONEGATE MORTGAGE CORPORA |  | 05/31/2017 | 1908314 | $713.39 | $0.00 | $713.39 | 06/26/2017 |
| STONEGATE MORTGAGE CORPORA |  | 04/30/2017 | 1903355 | $703.99 | $0.00 | $703.99 | 05/26/2017 |
| STONEGATE MORTGAGE CORPORA |  | 03/31/2017 | 1898593 | $703.99 | $0.00 | $703.99 | 04/20/2017 |
| STONEGATE MORTGAGE CORPORA |  | 02/28/2017 | 1893597 | $703.99 | $0.00 | $703.99 | 03/23/2017 |
| STONEGATE MORTGAGE CORPORA | V | 02/14/2017 | 1888977 | ($703.99) | $0.00 | ($703.99) | 02/14/2017 |
| STONEGATE MORTGAGE CORPORA | M | 02/14/2017 | 1889357 | $703.99 | $0.00 | $703.99 | 02/27/2017 |
| STONEGATE MORTGAGE CORPORA |  | 01/31/2017 | 1888977 | $703.99 | $0.00 | $703.99 | 02/14/2017 |
| STONEGATE MORTGAGE CORPORA |  | 12/31/2016 | 1884229 | $703.99 | $0.00 | $703.99 | 01/26/2017 |
| STONEGATE MORTGAGE CORPORA |  | 11/30/2016 | 1879596 | $703.99 | $0.00 | $703.99 | 12/29/2016 |
| STONEGATE MORTGAGE CORPORA |  | 10/31/2016 | 1874864 | $703.99 | $0.00 | $703.99 | 11/25/2016 |
| STONEGATE MORTGAGE CORPORA |  | 09/30/2016 | 1870013 | $703.99 | $0.00 | $703.99 | 10/25/2016 |
| STONEGATE MORTGAGE CORPORA |  | 08/31/2016 | 1865191 | $849.77 | $0.00 | $849.77 | 09/23/2016 |
| STONEGATE MORTGAGE CORPORA |  | 07/31/2016 | 1860212 | $846.36 | $0.00 | $846.36 | 08/24/2016 |
| STONEGATE MORTGAGE CORPORA |  | 06/30/2016 | 1855378 | $846.36 | $0.00 | $846.36 | 07/22/2016 |
| STONEGATE MORTGAGE CORPORA | V | 06/14/2016 | 1850409 | ($833.75) | $0.00 | ($833.75) | 06/14/2016 |
| STONEGATE MORTGAGE CORPORA | M | 06/14/2016 | 1850823 | $833.75 | $0.00 | $833.75 | 06/24/2016 |
| STONEGATE MORTGAGE CORPORA |  | 05/31/2016 | 1850409 | $833.75 | $0.00 | $833.75 | 06/14/2016 |
| STONEGATE MORTGAGE CORPORA |  | 04/30/2016 | 1845302 | $828.90 | $0.00 | $828.90 | 05/25/2016 |
| STONEGATE MORTGAGE CORPORA |  | 03/31/2016 | 1840236 | $694.59 | $0.00 | $694.59 | 04/21/2016 |
| STONEGATE MORTGAGE CORPORA |  | 02/29/2016 | 1834863 | $1,087.49 | $0.00 | $1,087.49 | 03/24/2016 |
| STONEGATE MORTGAGE CORPORA |  | 01/31/2016 | 1829797 | $821.73 | $0.00 | $821.73 | 02/26/2016 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| STONEGATE MORTGAGE CORPORA |  | 12/31/2015 | 1824949 | $821.73 | $0.00 | $821.73 | 01/28/2016 |
| STONEGATE MORTGAGE CORPORA |  | 11/30/2015 | 1820008 | $821.73 | $0.00 | $821.73 | 12/23/2015 |
| STONEGATE MORTGAGE CORPORA |  | 10/31/2015 | 1815011 | $821.73 | $0.00 | $821.73 | 11/25/2015 |
| STONEGATE MORTGAGE CORPORA |  | 09/30/2015 | 1810093 | $749.01 | $0.00 | $749.01 | 11/23/2015 |
| STONEGATE MORTGAGE CORPORA |  | 08/31/2015 | 1804967 | $487.98 | $0.00 | $487.98 | 09/24/2015 |
| STONEGATE MORTGAGE CORPORA |  | 07/31/2015 | 1799909 | $1,334.50 | $0.00 | $1,334.50 | 08/25/2015 |
|  |  |  | Sub-totals: | $51,174.36 | $0.00 | $51,174.36 |  |

**0061    HOME POINT FINANCIAL CORPORATION**

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA |  | 02/28/2019 | 2004707 | $4.59 | $0.00 | $4.59 | 04/18/2019 |
| HOME POINT FINANCIAL CORPORA |  | 01/31/2019 | 2000574 | $30.00 | $0.00 | $30.00 | 02/27/2019 |
| HOME POINT FINANCIAL CORPORA |  | 11/30/2018 | 1992457 | $15.05 | $0.00 | $15.05 | 12/27/2018 |
| HOME POINT FINANCIAL CORPORA |  | 10/31/2018 | 1988428 | $16.33 | $0.00 | $16.33 | 11/29/2018 |
| HOME POINT FINANCIAL CORPORA |  | 09/30/2018 | 1979994 | $28.62 | $0.00 | $28.62 | 11/19/2018 |
| HOME POINT FINANCIAL CORPORA |  | 07/31/2018 | 1971481 | $15.00 | $0.00 | $15.00 | 08/27/2018 |
| HOME POINT FINANCIAL CORPORA |  | 06/30/2018 | 1967161 | $15.00 | $0.00 | $15.00 | 07/31/2018 |
| HOME POINT FINANCIAL CORPORA |  | 05/31/2018 | 1962832 | $15.00 | $0.00 | $15.00 | 07/02/2018 |
| HOME POINT FINANCIAL CORPORA | M | 05/14/2018 | 1959629 | $15.00 | $0.00 | $15.00 | 05/25/2018 |
| HOME POINT FINANCIAL CORPORA | V | 05/14/2018 | 1958319 | ($15.00) | $0.00 | ($15.00) | 05/14/2018 |
| HOME POINT FINANCIAL CORPORA |  | 04/30/2018 | 1958319 | $15.00 | $0.00 | $15.00 | 05/14/2018 |
| HOME POINT FINANCIAL CORPORA |  | 03/31/2018 | 1953667 | $15.00 | $0.00 | $15.00 | 05/09/2018 |
| HOME POINT FINANCIAL CORPORA |  | 02/28/2018 | 1948947 | $15.00 | $0.00 | $15.00 | 04/04/2018 |
| HOME POINT FINANCIAL CORPORA |  | 01/31/2018 | 1944521 | $15.00 | $0.00 | $15.00 | 03/16/2018 |
| HOME POINT FINANCIAL CORPORA |  | 12/31/2017 | 1939888 | $15.00 | $0.00 | $15.00 | 02/07/2018 |
| HOME POINT FINANCIAL CORPORA |  | 11/30/2017 | 1935391 | $15.00 | $0.00 | $15.00 | 01/02/2018 |
| HOME POINT FINANCIAL CORPORA |  | 10/31/2017 | 1930821 | $15.00 | $0.00 | $15.00 | 12/08/2017 |
| HOME POINT FINANCIAL CORPORA |  | 09/30/2017 | 1926199 | $15.00 | $0.00 | $15.00 | 11/03/2017 |
| HOME POINT FINANCIAL CORPORA |  | 08/31/2017 | 1921507 | $15.00 | $0.00 | $15.00 | 09/27/2017 |
| HOME POINT FINANCIAL CORPORA |  | 07/31/2017 | 1916819 | $30.00 | $0.00 | $30.00 | 08/24/2017 |
| STONEGATE MORTGAGE CORPORA | V | 07/13/2017 | 1913059 | ($15.00) | $0.00 | ($15.00) | 07/13/2017 |
| STONEGATE MORTGAGE CORPORA |  | 06/30/2017 | 1913059 | $15.00 | $0.00 | $15.00 | 07/13/2017 |
| STONEGATE MORTGAGE CORPORA |  | 05/31/2017 | 1908314 | $15.00 | $0.00 | $15.00 | 06/26/2017 |
| STONEGATE MORTGAGE CORPORA |  | 04/30/2017 | 1903355 | $15.00 | $0.00 | $15.00 | 05/26/2017 |
| STONEGATE MORTGAGE CORPORA |  | 03/31/2017 | 1898593 | $15.00 | $0.00 | $15.00 | 04/20/2017 |
| STONEGATE MORTGAGE CORPORA |  | 02/28/2017 | 1893597 | $15.00 | $0.00 | $15.00 | 03/23/2017 |
| STONEGATE MORTGAGE CORPORA | V | 02/14/2017 | 1888977 | ($15.00) | $0.00 | ($15.00) | 02/14/2017 |
| STONEGATE MORTGAGE CORPORA | M | 02/14/2017 | 1889357 | $15.00 | $0.00 | $15.00 | 02/27/2017 |
| STONEGATE MORTGAGE CORPORA |  | 01/31/2017 | 1888977 | $15.00 | $0.00 | $15.00 | 02/14/2017 |
| STONEGATE MORTGAGE CORPORA |  | 12/31/2016 | 1884229 | $15.00 | $0.00 | $15.00 | 01/26/2017 |
| STONEGATE MORTGAGE CORPORA |  | 11/30/2016 | 1879596 | $15.00 | $0.00 | $15.00 | 12/29/2016 |
| STONEGATE MORTGAGE CORPORA |  | 10/31/2016 | 1874864 | $15.00 | $0.00 | $15.00 | 11/25/2016 |
| STONEGATE MORTGAGE CORPORA |  | 09/30/2016 | 1870013 | $15.00 | $0.00 | $15.00 | 10/25/2016 |
| STONEGATE MORTGAGE CORPORA |  | 08/31/2016 | 1865191 | $15.00 | $0.00 | $15.00 | 09/23/2016 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| STONEGATE MORTGAGE CORPORAT |   | 07/31/2016 | 1860212 | $15.00 | $0.00 | $15.00 | 08/24/2016 |
| STONEGATE MORTGAGE CORPORAT |   | 06/30/2016 | 1855378 | $15.00 | $0.00 | $15.00 | 07/22/2016 |
| STONEGATE MORTGAGE CORPORAT | V | 06/14/2016 | 1850409 | ($15.00) | $0.00 | ($15.00) | 06/14/2016 |
| STONEGATE MORTGAGE CORPORAT | M | 06/14/2016 | 1850823 | $15.00 | $0.00 | $15.00 | 06/24/2016 |
| STONEGATE MORTGAGE CORPORAT |   | 05/31/2016 | 1850409 | $15.00 | $0.00 | $15.00 | 06/14/2016 |
| STONEGATE MORTGAGE CORPORAT |   | 04/30/2016 | 1845302 | $15.00 | $0.00 | $15.00 | 05/25/2016 |
| STONEGATE MORTGAGE CORPORAT |   | 03/31/2016 | 1840236 | $15.00 | $0.00 | $15.00 | 04/21/2016 |
| STONEGATE MORTGAGE CORPORAT |   | 02/29/2016 | 1834863 | $37.17 | $0.00 | $37.17 | 03/24/2016 |
| STONEGATE MORTGAGE CORPORAT |   | 01/31/2016 | 1829797 | $22.17 | $0.00 | $22.17 | 02/26/2016 |
| STONEGATE MORTGAGE CORPORAT |   | 12/31/2015 | 1824949 | $22.17 | $0.00 | $22.17 | 01/28/2016 |
| STONEGATE MORTGAGE CORPORAT |   | 11/30/2015 | 1820008 | $22.17 | $0.00 | $22.17 | 12/23/2015 |
| STONEGATE MORTGAGE CORPORAT |   | 10/31/2015 | 1815011 | $22.17 | $0.00 | $22.17 | 11/25/2015 |
| STONEGATE MORTGAGE CORPORAT |   | 09/30/2015 | 1810093 | $18.07 | $0.00 | $18.07 | 11/23/2015 |
| STONEGATE MORTGAGE CORPORAT |   | 08/31/2015 | 1804967 | $21.08 | $0.00 | $21.08 | 09/24/2015 |

|   |   |   | Sub-totals: | $694.59 | $0.00 | $694.59 |   |
|   |   |   | Grand Total: | $51,868.95 | $0.00 |   |   |

4

# Disbursements for Claim

**Case:** 15-11370   **KAREN SUE PHILLIPS**

**STONEGATE MORTGAGE CORPORATION**
4849 GREENVILLE AVE STE 80

DALLAS, TX   75206-4130

**Sequence:** 25
**Modify:**
**Filed Date:** 12/22/2015 12:00:00AM
**Hold Code:**

**Acct No:** 1909/POST PETITION FEE CL/

OBJ TO CONF & POC/PLN RVW

|  | Debt: | $1,150.00 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- |
| Amt Sched: $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $1,150.00 | Balance Due: | $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **3060   STONEGATE MORTGAGE CORPORATION** | | | | | | | |
| STONEGATE MORTGAGE CORPORA | | 12/31/2016 | 1884229 | $27.24 | $0.00 | $27.24 | 01/26/2017 |
| STONEGATE MORTGAGE CORPORA | | 11/30/2016 | 1879596 | $138.81 | $0.00 | $138.81 | 12/29/2016 |
| STONEGATE MORTGAGE CORPORA | | 10/31/2016 | 1874864 | $138.81 | $0.00 | $138.81 | 11/25/2016 |
| STONEGATE MORTGAGE CORPORA | | 09/30/2016 | 1870013 | $142.37 | $0.00 | $142.37 | 10/25/2016 |
| STONEGATE MORTGAGE CORPORA | | 08/31/2016 | 1865191 | $427.27 | $0.00 | $427.27 | 09/23/2016 |
| STONEGATE MORTGAGE CORPORA | | 03/31/2016 | 1840236 | $134.31 | $0.00 | $134.31 | 04/21/2016 |
| STONEGATE MORTGAGE CORPORA | | 02/29/2016 | 1834863 | $141.19 | $0.00 | $141.19 | 03/24/2016 |
| | | | Sub-totals: | $1,150.00 | $0.00 | $1,150.00 | |
| | | | Grand Total: | $1,150.00 | $0.00 | | |

1